MICHAEL THOMAS, State Bar No. 41597
MAUREEN F. THOMAS, State Bar No. 105194
EUNICE S. LEE, State Bar No. 241741
THOMAS and THOMAS
801 North Brand Boulevard
Suite 220
Glendale, California 91203

(213) 387-4800 and (818) 500-4800

Attorneys for Defendants,
SALIM AIMAQ and PENELOPE ARMSTRONG



JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. BELTRAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; a political subdivision of the State of California; DEPUTY SALIM AIMAQ, MOLLY PAIGE; and DOES 1 through 10,<br><br>    Defendants. | Case No: 07cv731 GAF (JWJx)<br><br>[~~Proposed~~]<br><br>**JUDGMENT** |

The Motions for Summary Judgment of all Defendants, COUNTY OF LOS ANGELES, Deputies, SALIM AIMAQ and PENELOPE ARMSTRONG; and MOLLY PAIGE, private citizen, on plaintiff THOMAS BELTRAN's First Amended Complaint came on for hearing on February 21, 2008, in Department "740," before the Honorable Gary A. Feess, judge presiding. Patrick Smith appeared for plaintiff, THOMAS BELTRAN, Maureen Thomas appeared for the COUNTY OF LOS ANGELES, Deputies SALIM AIMAQ, and PENELOPE ARMSTRONG, and John Burton appeared for MOLLY PAIGE. The matter was orally argued in open court by counsel for all parties, afterwhich, the Court took the matter under submission.

The Court has reviewed the moving and opposing papers, and the evidence submitted by the parties, except as to which objections may have been sustained, considered oral argument of counsel, and found that there was no triable issue of material fact as to plaintiff's First Amended Complaint for the reasons stated in the Court's Memorandum and Order Regarding County Defendants' Motion for Summary Judgment and Molly Paige's Motion for Summary Judgment, filed on March 12, 2008.

Accordingly,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendants, COUNTY OF LOS ANGELES, SALIM AIMAQ, PENELOPE ARMSTRONG AND MOLLY PAIGE and against Plaintiff THOMAS BELTRAN on the entire action. Plaintiff's action shall be dismissed with prejudice. ~~Defendants COUNTY OF LOS ANGELES, SALIM AIMAQ and PENELOPE ARMSTRONG are entitled to recover costs in an amount of $~~ ~~and~~ Defendant MOLLY PAIGE is entitled to recover costs and attorney's fees under 42 U.S.C. §1988 in the amount of $ 50,189.68.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 5/22/08

GARY A. FEESS
United States District Court Judge